UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Alan Reid, et al.</u>

    v.                    Case No. 05-cv-272-SM

<u>Clay Kennard</u>

_____

<u>ORDER</u>

    Re: Document No. 3, Emergency MOTION to Vacate State Court Order

    Ruling: Motion granted in part and denied in part. The state court expedited discovery order is modified as follows. Defendant Kennard shall provide the ordered discovery on or before the close of business on August 10, 2005. While it appears likely that this matter will be referred for arbitration, it is clear that the Board is legally entitled to the internal corporate information it seeks from its president, that the other information ordered produced is discoverable, and that either the court or an arbitrator will benefit from full disclosure of that information in resolving the disputes between the parties. See 28 U.S.C. § 1450.

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief District Judge

Date: August 2, 2005

cc:  Kenneth C. Bartholomew, Esq.
     Michael J. Lambert, Esq.