UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>John R. Hamparian, Alan Reid,</u>
<u>Robert Scarborough, Anthony C.</u>
<u>Lair, and NeoDevices, Inc.,</u>
     Petitioners
     v.                                   Civil No. 05-cv-272-SM
<u>Clay Kennard,</u>,
     Respondent

**<u>NOTICE OF RULING</u>**

Re:  (Document No. 12) Motion to Compel Compliance with
               Court Order and for Sanctions


     **<u>Ruling</u>**:  Denied.  Plaintiffs are substantively correct; the
state court's order was not modified or vacated with respect to
ordered discovery.  With regard to the directive that inventory
be transferred, this court did note that disclosure of all
inventory would satisfy the discovery compliance obligation but
that actual delivery would not be required, <u>under the state</u>
<u>discovery order</u>.  However, as the court also noted during the
telephonic conference, the board of course might well take action
based upon plaintiff's apparent insubordination should he fail to
abide by lawful directives of the board (which action would
appear to be subject to arbitration under the shareholders'
agreement).  Whether plaintiff should comply with the board's
directive to move inventory, whether plaintiff is subject to
sanction for failure to comply, and what sanctions ought to
obtain, are all issues that, at this juncture, are properly
submitted to the arbitrator for resolution.


Entered by:  Steven J. McAuliffe, Chief Judge

Date:  August 26, 2005

cc:  Michael J. Lambert, Esq.
     Kerry T. Scarlott, Esq.
     Kenneth C. Bartholomew, Esq.